**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

AUG 0 8 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | CRIMINAL NO. 17-CR-30133-MJR |
| vs. ) | |
| PAUL R. OWENS, ) | Title 26, United States Code, Section 5861(d) |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**UNLAWFUL RECEIPT AND POSSESSION OF AN UNREGISTERED DESTRUCTIVE DEVICE**

On or about July 28, 2017, in Madison County, within the Southern District of Illinois,

PAUL R. OWENS,

Defendant herein, did knowingly receive and possess a destructive device in the form of an explosive, to wit: a pipe bomb and its components, not registered to the defendant in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

A TRUE BILL

FOREPERSON

KIT R. MORRISSEY
Assistant United States Attorney

DONALD S. BOYCE
United States Attorney

Recommended Bond: Detention