IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 17-CR-30133-MJR |
| | ) | |
| PAUL R. OWENS, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF FACTS

On July 20, 2017, during a recorded telephone conversation with a confidential informant working with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), the defendant sought a pipe bomb, specifying that he wanted it to be four inches in length with hardened steel end caps and containing black powder. The defendant agreed to exchange morphine for the pipe bomb. On July 25, 2017, during another recorded conversation, the defendant stated he wanted the fuse on the pipe bomb to be one and a half to two feet long. The defendant explained he wanted to detonate the pipe bomb in the early morning hours when the intended victim was asleep. The defendant agreed to meet the informant at a location in Madison County, within the Southern District of Illinois, on July 28, 2017, in the early morning, to obtain the pipe bomb. The defendant wanted the informant to accompany him to the victim's residence where the defendant would detonate the pipe bomb.

On July 28, 2017, the defendant and the informant met as agreed. The meeting was audio and video recorded. The informant handed the defendant a toolbox containing a pipe bomb constructed by a bomb expert with the ATF. The pipe bomb contained such a small amount of black powder that if accidently detonated it would not cause injury to persons or property. Since

ATF constructed the pipe bomb, Owens necessarily could not have registered it in the National Firearms Registration and Transfer Record.

At approximately 12:04 a.m., the informant, referring to the toolbox, asked the defendant, "Is that what you wanted?" The defendant looked into the toolbox and said, "Oh, yeah." The informant asked the defendant if he really wanted to proceed with the plan, and the defendant said, "We're good." The defendant asked the informant if he had any gloves. The informant asked, "What do you need them for?" The defendant responded, "In case it doesn't go off." The informant said, "It's gonna go off," to which the defendant replied, "All right." The defendant provided the informant with morphine pills in exchange for the pipe bomb. Shortly thereafter, ATF agents arrested the defendant.

Following advice and waiver of *Miranda* rights, the defendant acknowledged seeking a pipe bomb from the informant. The defendant said he intended to put it in the mailbox at the residence of a person who shot his aunt's dogs.

SO STIPULATED:

UNITED STATES OF AMERICA,

DONALD S. BOYCE
United States Attorney

_____
PAUL R. OWENS
Defendant

_____
KIT R. MORRISSEY
Assistant United States Attorney

_____
THOMAS C. GABEL
Attorney for Defendant

Date: 10-6-17

Date: 10/6/17